**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| KEVIN GILL,<br><br>    Plaintiff<br><br>v.<br><br>KENNETH WILLIAMS, et al.,<br><br>    Defendants | Case No.: 3:24-cv-00447-ARTCSD<br><br>**Order**<br><br>Re: ECF No. |

On March 3, 2026, Plaintiff filed a first amended complaint (FAC). (ECF No. 35.)

For the reasons set forth below, the FAC is stricken.

The court screened Plaintiff's original complaint and allowed him to proceed with claims for deliberate indifference to serious medical needs under the Eighth Amendment against defendants Kenneth Williams, Hartman and Dr. Halki. Plaintiff's Eighth Amendment claims against Dr. Moore, Dr. Benson, and Dr. Voss were dismissed, but Plaintiff was given 30 days to amend his complaint as to those defendants. (ECF No. 7.) Plaintiff did not file an amended complaint; therefore, this action is proceeding with the Eighth Amendment claims against Williams, Hartman and Dr. Halki. (*See* ECF No. 9.)

Service was accepted for Williams and Hartman on December 17, 2025 (ECF No. 17), and they filed their answer on January 26, 2026 (ECF No. 23). Dr. Halki was served on January 20, 2026 (ECF No. 22), and he filed a motion to dismiss on January 30, 2026 (ECF No. 25).

Plaintiff filed his FAC on March 3, 2026. (ECF No. 35.)

"A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after

service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(A), (B). Otherwise, a party must seek the opposing party's written consent or leave of court to amend a pleading. Fed. R. Civ. P. 15(a)(2).

Here, Plaintiff was required to seek the opposing parties' consent or file a motion for leave to amend as the deadline to amend as a matter of course had expired by the time he filed his FAC. He does not indicate he obtained the opposing parties' consent to file the FAC. As such, Plaintiff's FAC (ECF No. 35) will be stricken. Plaintiff may file a motion for leave to amend and proposed FAC that complies with both Federal Rule of Civil Procedure 15 and Local Rule 15-1. Any motion for leave to amend must be filed within the deadline to amend pleadings set forth in the scheduling order (on or before May 26, 2026).

In addition, the court will give Plaintiff additional time to respond to the pending motion to dismiss filed by Dr. Halki.

**CONCLUSION**

The Clerk is kindly directed to **STRIKE** Plaintiff's FAC (ECF No. 35). Plaintiff may file a motion for leave to amend and proposed FAC that complies with both Federal Rule of Civil Procedure 15 and Local Rule 15-1. Any motion for leave to amend must be filed within the deadline to amend pleadings set forth in the scheduling order (on or before May 26, 2026).

Plaintiff has up to and including **March 25, 2026** to file a response to Dr. Halki's motion to dismiss (ECF No. 25).

**IT IS SO ORDERED**.

Dated: March 11, 2026

_____
Craig S. Denney
United States Magistrate Judge

2