UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN GILL,

Plaintiff,

v.

KENNETH L. WILLIAMS, et al.,

Defendants.

Case No. 3:24-cv-447-ART-CSD

ORDER ADOPTING R&R
(ECF No. 38, 25)

Plaintiff is an inmate in custody of the Nevada Department of Corrections (NDOC). He filed a pro se civil rights complaint, which the court screened on June 5, 2025, allowing him to proceed on a single claim of Eighth Amendment deliberate indifference against Defendants Kenneth Williams, Associate Warden Hartman, and Dr. Halki. (ECF No. 7.) Plaintiff asserts that he saw Dr. Halki several times, and this Defendant was intoxicated during appointments and "failed to follow up accordingly as promised." (ECF No. 8 at 4.) However, the complaint does not allege that Plaintiff advised Dr. Halki of his medical complaints or requested treatment from him.

Magistrate Judge Craig Denney issued a Report and Recommendation recommending that Plaintiff's claim against Dr. Halki be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. The deadline to object to the Report and Recommendation passed on June 11, 2026. Because no party has objected, the Court conducts no review of the Report and Recommendation and adopts it in full. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

**Conclusion**

It is hereby ORDERED that the Report and Recommendation (ECF No. 38) is ADOPTED.

It is further ORDERED that the claim against Dr. Halki is DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that Dr. Halki's motion to dismiss (ECF No. 25) is DENIED WITHOUT PREJUDICE.

It is further ORDERED that Plaintiff be granted leave to file an amended complaint with respect to his claim against Dr. Halki *only* by August 16, 2026.

The Clerk of Court is kindly directed to SEND Plaintiff the instructions for filing a civil rights complaint by an incarcerated individual and form civil rights complaint by an inmate.

Plaintiff is advised that the amended complaint must be complete in and of itself without referring to or incorporating by reference any previous complaint, and that any allegations, parties, or requests for relief from a prior complaint that are not carried forwarded in the amended complaint will no longer be before the Court.

If Plaintiff fails to file an amended complaint by August 16, 2026, Dr. Halki may be dismissed from this action.

Plaintiff must check the box for the first amended complaint on the court's form civil rights complaint and include this case number in the caption.

DATED: July 17, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE